Sarah Spinuzzi (SBN 305658)
Email: sarah@coastkeeper.org
Lauren Chase (SBN 324162)
Email: lauren@coastkeeper.org
ORANGE COUNTY COASTKEEPER &
INLAND EMPIRE WATERKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiffs Inland Empire Waterkeeper*
*& Orange County Coastkeeper*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INLAND EMPIRE WATERKEEPER, a program of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiffs,<br>vs.<br><br>PREZERO US, INC.; PREZERO US SERVICES, LLC; 170 NORTH TURNER, LLC; APOLLO SOUTHWEST, INC.; and ARMEN DERDERIAN<br><br>Defendants. | Civil Case No. 8:21-cv-01001-JLS-JDE<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>Judge: Hon. Josephine L. Staton |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on December 13, 2021, Plaintiffs Orange County Coastkeeper and Inland Empire Waterkeeper (together, "Plaintiffs") and Defendants PreZero US, Inc.; PreZero US Services, LLC; 170 North Turner, LLC; Apollo Southwest, Inc.; and Armen Derderian (collectively, "Defendants") agreed on a tentative settlement; and,

WHEREAS, on December 13, 2021, Plaintiffs filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33 section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (Dkt #30); and,

WHEREAS, on December 15, 2021, Plaintiffs filed a Notice of Commencement advising the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections thereto by January 28, 2022 (Dkt #31); and

WHEREAS, on January 24, 2022, the United States Department of Justice issued a letter in which it stated that the United States does not object to the Court's entry of the Consent Decree into judgment, which Plaintiffs filed with this Court as Exhibit A to the Notice of No Objection (Dkt #32); as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

Dated: January 24, 2022

Respectfully submitted,

INLAND EMPIRE WATERKEEPER
&ORANGE COUNTY COASTKEEPER

/s/ Lauren Chase
Lauren Chase, Attorney for Plaintiffs
Inland Empire Waterkeeper & Orange County Coastkeeper